# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| DONNA M. HUCKINS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIV-08-889-R |
| | ) |
| MICHAEL J. ASTRUE, | ) |
| COMMISSIONER OF THE SOCIAL | ) |
| SECURITY ADMINISTRATION, | ) |
| | ) |
| Defendant. | ) |

## **O R D E R**

Before the Court is the Report and Recommendation of United States Magistrate Judge Valerie K. Couch entered June 29, 2009 [Doc. No. 23]. No objection to the Report and Recommendation has been filed. Therefore, the Report and Recommendation of the Magistrate Judge [Doc. No. 23] is ADOPTED in its entirety, the decision of the Commissioner of the Social Security Administration is REVERSED and this case is REMANDED to the Social Security Administration for further proceedings consistent with the Report and Recommendation.

IT IS SO ORDERED this 21st day of July, 2009.

_____
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE